IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

    Plaintiff,

and

JANE DOE,                                 Civil Action No. 5:23-cv-00623

    Plaintiff-Intervenor

v.

WAL-MART STORES EAST, LP and
JAMES BOWYER,

    Defendants.

## NOTICE OF VIDEOTAPED DEPOSITION
## OF JESSICA BREWER

**PLEASE TAKE NOTICE** that Defendant Walmart Stores East, LP, by counsel, will take the videotaped deposition of Jessica Brewer on February 18, 2025, at 9:00 a.m. at the Robert C. Byrd United States Courthouse and Federal Building in the ADR Room located at 110 North Heber Street, Beckley, WV 25801 before an officer duly authorized by law to administer oaths. The foregoing videotaped deposition will be taken upon oral examination for discovery and evidentiary purposes and the same will continue from day to day until completed.

**DATED**: February 4, 2025.

WALMART STORES EAST, LP

/s/ *Eric W. Iskra*
Eric W. Iskra (WV State Bar No. 6611)
**SPILMAN THOMAS & BATTLE, PLLC**
300 Kanawha Boulevard, East (ZIP 25301)
Post Office Box 273
Charleston, WV 25321-0273
(304) 340-3875
eiskra@spilmanlaw.com

Aaron T. Winn
**DUANE MORRIS LLP**
750 B Street, Suite #2900
San Diego, CA 92101
619-744-2200
atwinn@duanemorris.com

Natalie F. Bare
Harrison H. Weimer
Adam D. Brown
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103
(215) 979-1962
nfbare@duanemorris.com
hhweimer@duanemorris.com
adbrown@duanemorris.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

       Plaintiff,

and

JANE DOE,                                 Civil Action NO. 5:23-cv-00623

       Plaintiff-Intervenor

v.

WAL-MART STORES EAST, LP and
JAMES BOWYER,

       Defendants.

## CERTIFICATE OF SERVICE

       On February 4, 2025, Walmart's Notice of Videotaped Deposition of Jessica Brewer was served on Plaintiff U.S. Equal Employment Opportunity Commission (EEOC), Plaintiff-Intervenor (A.G.), and Defendant James Bowyer, through their attorneys of record, via e-mail, in accordance with the parties' agreement to accept service via e-mail.

**Ronald L. Phillips**
**U.S. Equal Employment Opportunity Commission**
George H. Fallon Federal Building, Suite 1432
31 Hopkins Plaza
Baltimore, MD 21201
Tel: 410-801-6742
Fax: 443-992-7880
ronaldphillips@eepoc.gov

**Megan M. Block**
**U.S. Equal Employment Opportunity Commission**
1000 Liberty Avenue, Suite 1112
Pittsburgh, PA 15222
Tel: 412-588-6934
Fax: 412-395-5749
megan.block@eeoc.gov
*Attorneys for Plaintiff EEOC*

**Jason S. Bailey**
**United States Attorney's Office**
300 Virginia Street East, Suite 4000
Charleston, WV 25301
Tel: 304-340-2338
Fax: 304/347-5104
jason.bailey2@usdoj.gov

**Jeffrey S. Rodgers**
916 W. Washington Street, Suite 1
Lewisburg, WV 24901-0186
Tel: 304-647-4550
Fax: 304-647-5587
RodgersLawFirm@yahoo.com

| | |
|---|---|
| **W. Mark Burnette**<br>P. O. Box 2913<br>Ocala, FL 34478<br>Tel: 352-512-9807<br>Fax: 352-512-9814<br>mark@burnettelegal.com<br>*Attorneys for Plaintiff-Intervenor (A.G.)* | **Sandra Henson Kinney**<br>**LEWIS GIANOLA**<br>P. O. Box 1746<br>Charleston, WV 25326<br>Tel: 304-345-2000<br>Fax: 304-343-7999<br>skinney@lewisgianola.com<br><br>**Hannah K. W. Petros**<br>**LEWIS GIANOLA**<br>300 Summers St., Suite 700<br>Charleston, WV 25301<br>Tel: 304-345-2000<br>Fax: 304-343-7999<br>*Attorneys for Defendant Bowyer* |

/s/ Eric W. Iskra
Eric W. Iskra (WV State Bar No. 6611)

*Attorney for Walmart*