# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## BECKLEY DIVISION

**U.S. EQUAL EMPLOYMENT**
**OPPORTUNITY COMMISSION,**

      **Plaintiff,**

vs.                                                                                     Civil Action No. 5:23-cv-00623

**WAL-MART STORES EAST, LP,**
***ET AL.*,**

      **Defendants.**

## ORDER

Pending before the Court are ***Walmart's Motion to Compel Discovery from EEOC*** (ECF No. 204) and ***Memorandum in Support of Walmart's Motion to Compel Discovery from EEOC*** (ECF No. 205) filed on February 7, 2025. Accordingly, the undersigned shall hear arguments concerning these matters on **Thursday, March 6, 2025 at 10:00 a.m.** in Beckley. The EEOC shall file its response to Walmart's Motion no later than end of business, February 21, 2025.

The Clerk is requested to distribute a copy of this Order to all counsel of record.

**ENTER: February 10, 2025.**



Omar J. Aboulhosn
United States Magistrate Judge

1