IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**U.S. EQUAL EMPLOYMENT**
**OPPORTUNITY COMMISSION,**

    **Plaintiff,**                                           Civil Action No. 5:23-cv-00623
                                                                  Judge Frank W. Volk

**and JANE DOE,**

    **Plaintiff-Intervenor,**

**v.**

**WAL-MART STORES EAST, L.P., and**
**JAMES BOWYER,**

    **Defendants.**

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2025, I electronically filed the *Certificate of Service* regarding **DEFENDANT JAMES BOWYER'S SECOND SUPPLEMENTAL RULE 26(A)(1) DISCLOSURES** with the Clerk of the Court using the CM/ECF system.  In addition, I hereby certify that the original documents have been maintained in the office file and true copies thereof were emailed to the following:

                            W. Mark Burnette, Esq.
                            MARK BURNETTE, P.A.
                            Post Office Box 2913
                            Ocala, FL 34478

                            Jeffrey S. Rodgers, Esq.
                            ATTORNEY AT LAW
                            916 Washington St., W., Suite 1
                            Lewisburg, WV 24901
                            **COUNSEL FOR PLAINTIFF/INTERVENOR**

Eric W. Iskra, Esq.
SPILMAN THOMAS & BATTLE, PLLC
Post Office Box 273
Charleston, WV 25321-0273

Aaron T. Winn, Esq.
DUANE MORRIS LLP
750 B Street, Suite #2900
San Diego, CA 92101

Natalie F. Bare, Esq.
Harrison H. Weimer, Esq.
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103
**COUNSEL FOR WAL-MART**

Ronald L. Phillips, Esq.
Equal Employment Opportunity Commission
George H. Fallon Federal Building, Suite 1432
31 Hopkins Plaza
Baltimore, MD 21201

Megan M. Block, Esq.
Nina A. Menniti, Esq.
EEOC – Pittsburgh Area Office
William S. Moorhead Federal Building
1000 Liberty Avenue, Suite 1112
Pittsburgh, PA 15222
**COUNSEL FOR EEOC**

Jason S. Bailey, Esq.
United States Attorney's Office
300 Virginia Street East, Suite 4000
Charleston, WV 25301
**COUNSEL FOR UNITED STATES OF AMERICA**

*/s/* Hannah K. W. Petros
Hannah K. W. Petros, WVSB No. 14311