**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**BECKLEY**

| | | |
|---|---|---|
| **U.S. EQUAL EMPLOYMENT** | ) | |
| **OPPORTUNITY COMMISSION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **and** | ) | |
| | ) | |
| **JANE DOE,** | ) | |
| | ) | |
| **Plaintiff-Intervenor,** | ) | **Civil Action No. 5:23-cv-00623** |
| **v.** | ) | **Judge Frank W. Volk** |
| | ) | |
| **WAL-MART STORES EAST, LP and** | ) | |
| **JAMES BOWYER,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## JOINT MOTION FOR ENTRY OF CONSENT DECREE AND NOTICE OF SETTLEMENT

Plaintiff U.S. Equal Employment Opportunity Commission (the "Commission" or "EEOC") and Defendant Wal-Mart Stores East, LP ("Walmart") respectfully move the Court for approval and entry of the attached Consent Decree (Exhibit 1) as the final judgment resolving the claims of the EEOC. Plaintiff-Intervenor Jane Doe further advises the Court that her claims are likewise resolved, and that she and Walmart will jointly file a separate Stipulation of Dismissal of Jane Doe's claims. In support of the Motion, the Commission, Jane Doe, and Walmart state as follows:

1.      The Commission and Walmart have negotiated the attached Consent Decree as a resolution of the Commission's claims in the above-captioned case.

2.      The Commission and Walmart believe that the terms of this Consent Decree are adequate, fair, reasonable, equitable, and just.

1

3.      EEOC and Walmart believe that the Consent Decree conforms with the Federal Rules of Civil Procedure and is not in derogation of the rights or privileges of any person. The entry of the Consent Decree will further the objectives of Title VII of the Civil Rights Act, as amended, and will be in the best interest of the parties, those for whom EEOC seeks relief, and the public.

4.      Plaintiff-Intervenor has agreed to dismissal of all her claims with prejudice and the Parties will file a Joint Stipulation of Dismissal with Prejudice as to Plaintiff-Intervenor's claims.

5.      By entering into the Consent Decree and resolving Plaintiff-Intervenor's claims, Walmart does not admit any fault or violation of the law. Walmart expressly denies any violation of the law.

WHEREFORE, the Parties respectfully request that this Court approve and enter the Consent Decree and retain jurisdiction during the term of the Consent Decree to enforce the terms and conditions set forth therein and pending the filing of the Stipulation of Dismissal as to Plaintiff-Intervenor Jane Doe.

Respectfully submitted,

On Behalf of U.S. Equal Employment
Opportunity Commission:

*/s/ Megan M. Block*
Megan M. Block
Senior Trial Attorney
EEOC – Pittsburgh Area Office
William S. Moorhead Federal Building
1000 Liberty Avenue, Suite 1112
Pittsburgh, PA 15222
Phone: 412-588-6934
Fax: 412-395-5749
megan.block@eeoc.gov

On Behalf of Wal-Mart Stores East, LP:

*/s/ Aaron T. Winn*
Aaron T. Winn
DUANE MORRIS LLP
750 B Street, Suite 2900
San Diego, CA 92101
ATWinn@duanemorris.com
Phone: (619) 744-2222
atwinn@duannemorris.com

*Counsel for Plaintiff U.S. Equal Employment Opportunity Commission*

*/s/ Jason S. Bailey*
Jason S. Bailey
WV State Bar No. 13582
Assistant United States Attorney
United States Attorney's Office
300 Virginia Street East, Suite 4000
Charleston, WV 25301
Phone: (304) 345-2200
Fax: (304) 347-5443
jason.bailey2@usdoj.gov

*Counsel for the United States*

On Behalf of Plaintiff-Intervenor Jane Doe

*/s/ W. Mark Burnette*
W. Mark Burnette
WV State Bar No. 6408
MARK BURNETTE, P.A.
Post Office Box 2913
Ocala, Florida 34478
Phone: T: 352-512-9807
mark@burnettelegal.com

*Counsel for Plaintiff-Intervenor Jane Doe*

*/s/ Natalie F. Bare*
Natalie F. Bare
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103
Phone: (215) 979-1962
nfbare@duanemorris.com

*/s/ Eric W. Iskra*
Eric W. Iskra
SPILMAN THOMAS & BATTLE
P. O. Box 273
Charleston, WV 25321
eiskra@spilmanlaw.com
(304) 340-3800

*Counsel for Walmart*